AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN - 3 2014

David J. Bradley, Clerk

United States of America )
v. )
Ramon ALFARO/ USC ) Case No. M-14-1071-M
YOB: 1973 )
)

Defendant

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  06/02/2014  in the county of  Hidalgo  in the  Southern  District of Texas, the defendant violated  Title 21  U. S. C. §  846, 841 (a) (1)  , an offense described as follows:

Knowingly and intentionally possess with intent to distribute approximately 1,050 kilograms of marijuana, a Schedule II Controlled Substance.
Knowingly and intentionally Conspire to possess with the intent to distribute approximately 1,050 kilograms of marijuana, a Schedule II Controlled Substance.

This criminal complaint is based on these facts:

see attachment

☐ Continued on the attached sheet.

Approved to file:
/s/ AUSA
AUSA
6.3.14

Sworn to before me and signed in my presence.

_____
Complainant's signature

Hector Mendez/DEA Task Force Agent
Printed name and title

Date: 06/03/2014   3:25 pm

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Peter Ormsby
Printed name and title

# ATTACHMENT

On May 02, 2014, while patrolling the area of Inspiration Rd and 5 mile in Alton, Texas, Alton Police Officer Juan Oleva observed a 2005 white Ford transport van displaying Texas Lps# DCX-0906, that disregarded a stop sign. Officer Oleva initiated a traffic stop on the vehicle. Officer Oleva made contact with the driver identified as Ramon ALFARO. As Officer Oleva spoke to ALFARO he smelled a strong odor of marijuana emitting from within the vehicle.

Officer Oleva instanter (detained) ALFARO for the traffic violation under The Alton City ordinance. Officer Oleva requested and was provided a verbal consent from ALFARO to enter and search the vehicle. As Officer Oleva opened the rear door of the vehicle leading into the cargo area, he noticed several bundles on each side of the vehicle. Officer Oleva also noticed that the front wall of the vehicle was tampered with. Officer Oleva removed the middle portion of the wall and discovered several bundle behind the wall. ALFARO was arrested and transported to the Alton Police Department. A total of 320 bundles were discovered weighing a total weight of 1,050 kilograms of marijuana.

On the same date, DEA Task Force Agent (TFA) Hector Mendez along with Alton Police Chief Enrique Sotelo made contact with ALFARO at the Alton Police Department in Alton, Texas. TFA Mendez advised and read ALFARO his Miranda Rights, which ALFARO understood and waived. ALFARO stated that he had knowledge that the vehicle he was driving contained marijuana, but did not know how much. ALFARO also stated that he was going to get paid, but did not remember how much.

Vehicle Information- Registered owner Tire Plus 417 South Bridge Hidalgo, Texas.